## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ALISON VALENTE,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** |
| | **1:16-cv-01138-ELR-JSA** |
| **INTERNATIONAL FOLLIES, INC., JACK BRAGLIA, ROBERT JOHNSON and WILLIAM HAGOOD,** | |
| **Defendants.** | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Alison
Valente hereby notifies the Court that she dismisses without prejudice (1) any
causes of action in the Complaint [Dkt. No. 1] brought under 42 U.S.C. § 1981 and
1983, and (2) any causes of action whatsoever brought in the Complaint [Dkt. No.
1] against Defendants Jack Braglia, Robert Johnson, and William Hagood.  For the
avoidance of doubt, no other causes of action in the Complaint are affected by this
dismissal.

Dated: <u>May 20, 2015</u>          /s/ James F. McDonough, III

James F. McDonough, III
Georgia Bar No.  117088
**Heninger Garrison & Davis, LLC**
Suite 4320
3621 Vinings Slope
Atlanta, GA  30339.
Telephone: (404) 996-0869
Facsimile:  (205) 380-8076
jmcdonough@hgdlawfirm.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed electronically on May 20, 2016 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.


By: *<u>/s/ James F. McDonough, III</u>*
James F. McDonough, III

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that the foregoing has been prepared using Times New Roman 14 point font and that it is double spaced.

DATED:  May 20, 2016.

/s/ *James F. McDonough, III*
JAMES F. MCDONOUGH, III
GA Bar No.: 117088
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
Tel: 404-996-0869
Fax: 205-326-3332

*Attorney for Plaintiff*